**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7503**

DARIAN ANTONIO COLEMAN,

Plaintiff – Appellant,

v.

ASSISTANT WARDEN RANDALL WILLIAMS, each defendant is being
suited in their individual and official capacity all times
herein; WARDEN JOHN PATE, each defendant is being suited in
their individual and official capacity all times herein,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. David C. Norton, District Judge.
(8:14-cv-00748-DCN)

Submitted: February 25, 2016           Decided: May 17, 2016

Before MOTZ, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darian Antonio Coleman, Appellant Pro Se. Christy L. Scott,
SCOTT & PAYNE LAW FIRM, Walterboro, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darian Antonio Coleman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Coleman v. Williams, No. 8:14-cv-00748-DCN (D.S.C. Aug. 10, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED